[No. 44886-6-II. Division Two. June 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS DARREL DEPOE, *Appellant*.

*Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.

[No. 45601-0-II. Division Two. June 9, 2015.]

STEVEN P. KOZOL, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents*.

*Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 45604-4-II. Division Two. June 9, 2015.]

JOHN R. TONEY, *Appellant*, v. KEVIN T. MITCHELL ET AL., *Respondents*.

*Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Worswick, J.

[No. 46198-6-II. Division Two. June 9, 2015.]

TACOMA SCHOOL DISTRICT NO. 10, *Respondent*, v. OSKAR SCHOCK ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.